

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '22 MJ3776 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| Alexander WEIR, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about October 14, 2022, within the Southern District of California, defendant Alexander WEIR, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Adolfo Angel PARRA-Sanchez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 17, 2022.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Alexander WEIR

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Adolfo Angel PARRA-Sanchez, is a citizen of a country other than the United States; that said alien admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 14, 2022, Border Patrol Agents J. Bailey, A. Feldenzer, C. Hatala, V. Pirro, A. Feldenzer and Immigration and Customs Enforcement Officer J. Shroyer were performing assigned duties in the Chula Vista Border Patrol Station's area of responsibility. Agents Bailey, Hatala, Pirro, and Hurburt were dressed in plain civilian clothes, wearing their Border Patrol issued outer body armor with a badge and insignia visible. Agents Feldenzer and Pirro were wearing their Border Patrol issued uniform with a badge and insignia visible.

At approximately 10:04 AM, Officer Shroyer observed a light green Mazda sedan stop on Otay Lakes Road and an individual ran from the brush and get into the Mazda. Officer Shroyer followed the Mazda and observed the Mazda make a U-turn and begin traveling east on Otay Lakes Road. Border Patrol Agent-Intelligence C. Hatala observed the Mazda pass his location at a high rate of speed. Agent Hatala pulled behind Officer Shroyer and began to follow the Mazda east. Officer Shroyer and Agent Hatala were following the Mazda, a Customs and Border Protection Air and Marine helicopter conducted air support "Troy". Agent V. Pirro notified agents he was setting up a Vehicle Immobilization Device (VID).

The Mazda pulled into the Thousand Trails Campground and abruptly stopped and Officer Shroyer observed one individual, later identified as material witness Adolfo Angel PARRA-Sanchez, exit the Mazda and attempt to run away. The Mazda then accelerated, traveling east on Otay Lakes Road. Officer Shroyer was able to detain PARRA. Officer Shroyer identified himself as an Immigration and Customs Enforcement Agent and conducted an immigration inspection. PARRA stated he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 10:09 AM, Officer Shroyer placed PARRA under arrest.

Agent Hatala then observed the Mazda slow down ahead of him and pull off at an area known to Border Patrol Agents as, "East Thousand Trails." Agent Hatala pulled behind the Mazda and activated his agency vehicle's emergency equipment to conduct a vehicle stop. The Mazda then pulled back onto Otay Lakes Road eastbound and fled at a high rate of speed. Agent Hatala

**CONTINUATION OF COMPLAINT:**
**Alexander WEIR**

immediately turned off his emergency lights and siren, slowed down and followed the Mazda. Once the Mazda reached the intersection of Otay Lakes Road and SR-94, Agent Pirro deployed the VID, the Mazda swerved around them by going into the oncoming westbound lane. The driver, then went around Agent Pirro's vehicle, into the dirt shoulder of the road and turned west on SR-94 at a high rate of speed.

Agent Feldenzer set up an additional VID near the intersection of SR-94 and Honey Springs Road. Once the Mazda reached SR-94 and Honey Springs Road, Agent Feldenzer was able to successfully deploy a VID. Troy relayed that the Mazda was constantly passing civilian traffic by traveling into oncoming traffic and passing vehicles on blind curves. Troy observed the Mazda stop on the side of SR-94 and the driver exit the Mazda and run on-foot. Acting Supervisory Border Patrol Agent B. Hurlbut and Agent Bailey arrived, chased to the driver, and caught up to him. The driver was later identified as the defendant, Alexander WEIR. Agents Bailey and Hurlbut escorted WEIR back to the Mazda, and Officer Shroyer notified Agent Hurlbut that PARRA was an illegal alien. At approximately 10:15 AM, Agent Hurlbut placed WEIR under arrest.

The defendant WEIR was read his Miranda rights. WEIR stated he understood his rights and was willing to speak without an attorney present. WEIR stated that he lives with girlfriend, mother, and son in Spring Valley, California. WEIR stated that he was working at the Crestwood state facility but was fired. WEIR stated approximately four months ago he met a man at a club in downtown San Diego, who told him he could make money picking people up and dropping them off in San Diego. WEIR stated that the man called him today with a job to pick up people. WEIR stated he was going to be paid, but didn't know how much. WEIR stated he was told by the man to download WhatsApp and to share his location. WEIR stated he was having trouble with WhatsApp and used his girlfriend's phone in today's smuggling event. WEIR stated the man sent him the location for the pickup through WhatsApp. WEIR stated that he picked up one individual and he told WEIR to go. WEIR stated this was his first time attempting to pick people up for this man. WEIR stated he was going approximately 80 to 85 miles per hour and that he did not see the emergency lights nor hear the sirens. WEIR stated he did not see the first attempt to spike his vehicle but did see the second attempt. WEIR stated that he was driving fast because he was scared. WEIR stated once his vehicle was disabled, he got out and ran away.

PARRA stated he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. PARRA stated smuggling arrangements were made

**CONTINUATION OF COMPLAINT:**
Alexander WEIR

prior to entering the United States. PARRA stated he was going to pay approximately $10,000 USD if successfully smuggled into the United States. PARRA stated the foot guide he was traveling with advised him to get into a blue 4-door vehicle. PARRA stated the foot guide told him to wait in the brush next to the highway near an abandoned trailer. PARRA stated once the blue vehicle arrived, he opened the front passenger door and sat next to the driver. PARRA described the driver as being an African American male who was clean shaved and had big hair. PARRA stated he and the driver observed Border Patrol Agents attempting to pull them over. PARRA stated the driver told him something in English as they were pulling over, but he was unable to understand. PARRA stated the driver also used his hands to wave and point towards toward the side of the road. PARRA stated he got out of the vehicle and the driver sped off.

**Executed on October 15, 2022 at 10:00 AM.**

Shawna M. Wilson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 14, 2022, in violation of 8 USC 1324(a)(1)(A)(ii).

KAREN S. CRAWFORD
United States Magistrate Judge

10:18 AM, Oct 15, 2022
Date/Time